# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE CASIDA, | Case No.: 1:11-cv-01052 AWI JLT |
| Plaintiff, | ORDER SETTING TELEPHONIC CONFERENCE |
| vs. | |
| SEARS HOLDINGS CORPORATION, et al., | (Docs. 73) |
| Defendants. | |

On November 18, 2011, the parties filed their joint scheduling conference statement. (Doc. 73) In the statement, the parties reported that they met and conferred on July 5, 2011, regarding search protocol for electronically stored information. Id. at 6. The parties reported that they had not come to an agreement regarding the scope of the e-discovery or whether costs of gathering this information, or some of it, should be shifted to Plaintiff. Id.

At the scheduling conference held on October 12, 2011, counsel committed to finalizing their meet and confer process, with the goal of reaching an agreement on e-discovery, by mid-November. (Doc. 72) As a result, the Court ordered,

> Counsel SHALL finalize their meet and confer process related to the search protocol for electronically stored e-mail communications no later than November

1

11, 2011. In the event that counsel cannot agree upon the search protocol, no later than November 18, 2011 the parties SHALL jointly request a telephonic conference with Magistrate Judge Thurston to resolve the dispute.

(Doc. 72 at 2) However, on November 18, 2011, counsel filed a joint statement indicating that their meet and confer efforts had not yet been fruitful. (Doc. 73) They request the Court set a telephonic conference within three weeks to allow further time to confer in advance of the court conference. Id.

Therefore, GOOD CAUSE appearing, the Court ORDERS:

1.  A telephonic conference SHALL be held on December 14, 2011 at 9:00 a.m. Counsel SHALL agree whether they will appear by CourtCall or via a conference call. If they agree on a conference call, all counsel SHALL be on the line before the call is placed to the Court at (661) 326-6624. Counsel SHALL indicate on the face page of the joint statement described below the method by which they will appear at the telephone conference;

2.  No later than December 12, 2011, counsel SHALL file a joint statement setting forth their meet and confer efforts, the areas on which they have reached agreement, the areas on which they have not and any impediments to agreement. In the event that counsel reach an agreement, they SHALL notify the Court so that the telephonic conference can be vacated.

IT IS SO ORDERED.

Dated:   **November 21, 2011**                              /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE