UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE CASIDA, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SEARS HOLDINGS CORPORATION, et al., <br><br> Defendants. | Case No.: 1:11-cv-01052 AWI JLT <br><br> ORDER REQUIRING THE PARTIES TO FILE STIPULATED E-DISCOVERY PROTOCOL |

On December 14, 2011, the Court held a status conference related to the parties' efforts to develop a protocol regarding e-discovery. (Doc. 79) The parties presented a draft protocol that had not yet been finalized. Moreover, the parties have not yet begun, in earnest, meet and confer efforts regarding search terms and/or sampling techniques for those production requests that have been propounded.

**ORDER**

Based upon the conference with counsel, the Court **ORDERS**:

1. No later than December 16, 2011, Plaintiff's counsel SHALL provide to his comments on the draft e-discovery protocol;

1

2. No later than December 23, 2011, the parties SHALL file a stipulated protocol governing e-discovery for the Court's consideration;

3. Counsel SHALL make all reasonable efforts to expedite Defendant's response to the previously propounded requests for production of documents including, narrowing any production request as needed, meeting and conferring to determine the specific search terms to be used as to each specific production request seeking e-discovery, determining whether sampling is appropriate and the like. Counsel are reminded of the deadlines set forth in the scheduling order and of their obligation to use all diligence to meet those deadlines.

IT IS SO ORDERED.

Dated:   **December 14, 2011**                                 /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE