UNITED STATES DISTRICT COURTEASTERN DISTRICT OF CALIFORNIAFRESNO

DIVISION

| | |
|---|---|
| CANDACE CASIDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATIONand SEARS, ROEBUCK & CO.<br><br>Defendants. | 1:11-cv-01052-AWI-JLT<br><br>**ORDER GRANTING CONTINUANCE OF HEARING DATE OF DEFENDANTS' MOTION TO DISMISS** |

Having reviewed the parties' stipulation to continue the hearing date on Defendants' Motion to Dismiss, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The hearing date for Defendants' Motion to Dismiss is continued from January 23, 2012 to January 30, 2012.

IT IS SO ORDERED.

Dated:    December 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE