**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANDACE CASIDA, individually and on behalf of all others similarly situated<br><br>  Plaintiff,<br><br>  v.<br><br>SEARS HOLDINGS CORPORATION; and SEARS, ROEBUCK & CO.<br><br>  Defendants. | 1:11-cv-01052-AWI-JLT<br><br>ORDER VACATING HEARING DATE OF JANUARY 30, 2012 AND TAKING MATTER UNDER SUBMISSION |

The motion of defendants Sears Holdings Corporation and Sears, Roebuck & Co. to dismiss and strike portions of the second amended complaint or for a more definite statement in the alternative has been set for hearing on January 30, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of January 30, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:     January 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE