LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   +1-650-614-7400
Facsimile:   +1-650-614-7401

SARA E. DIONNE (STATE BAR NO. 221326)
sdionne@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:   +1-916-447-9200
Facsimile:   +1-916-329-4900

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CANDACE CASIDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION and SEARS, ROEBUCK & CO.,<br><br>Defendants. | Case No. 1:11-cv-01052-AWI-JLT<br><br>**DEFENDANT SRC'S NOTICE OF MOTION AND MOTION TO DISMISS, STRIKE CLASS ALLEGATIONS OR, IN THE ALTERNATIVE, CONSOLIDATE PROCEEDINGS**<br><br>Date:   July 9, 2012<br>Time:  1:30 p.m.<br>Dept:  2, 8th Floor<br>Judge:  Hon. Anthony W. Ishii<br><br>Trial Date: October 22, 2013<br>Date Action Filed: March 28, 2011 |

/ / /

/ / /

/ / /

/ / /

OHSUSA:750889194.2

DEF. SRC'S NOTICE OF MOTION AND MOTION TO DISMISS, STRIKE CLASS ALLEGATIONS OR, IN THE ALTERNATIVE, CONSOLIDATE PROCEEDINGS
1:11-CV-01052-AWI-JLT; 1:12-CV-00702-AWI-BAM

| | |
|---|---|
| LIZETTE GALVAN, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SEARS, ROEBUCK AND COMPANY, a New York Corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 1:12-cv-00702-AWI-BAM<br><br><br>Trial Date:  Not Scheduled<br>Date Action Filed:  January 17, 2012 |

OHSUSA:750889194.2

DEF. SRC'S NOTICE OF MOTION AND MOTION TO DISMISS, STRIKE CLASS ALLEGATIONS OR, IN THE ALTERNATIVE, CONSOLIDATE PROCEEDINGS
1:11-CV-01052-AWI-JLT; 1:12-CV-00702-AWI-BAM

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 9, 2012, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Anthony W. Ishii at the above-referenced Court, located at 2500 Tulare Street, Fresno, California, 93721, Courtroom 2, 8th Floor, defendant Sears, Roebuck and Co. ("Defendant") will and hereby does move this Court for an order dismissing Plaintiff Galvan's First Amended Complaint in the *Galvan* action, striking the class allegations in Plaintiff Galvan's First Amended Complaint in the *Galvan* action, or, in the alternative, consolidating the *Casida* and *Galvan* actions.

This Motion to Dismiss, Strike Class Allegations or, in the alternative, Consolidate Proceedings is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Joseph C. Liburt and exhibits thereto, any Reply filed in support of this Motion, oral argument at the hearing, and any other matters that the Court may properly consider.

Dated: June 6, 2012

LYNNE C. HERMLE
JOSEPH C. LIBURT
Orrick, Herrington & Sutcliffe LLP

By:   s/Joseph C. Liburt
JOSEPH C. LIBURT
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

OHSUSA:750889194.2

1

DEF. SRC'S NOTICE OF MOTION AND MOTION TO DISMISS, STRIKE CLASS ALLEGATIONS OR, IN THE ALTERNATIVE, CONSOLIDATE PROCEEDINGS
1:11-CV-01052-AWI-JLT; 1:12-CV-00702-AWI-BAM