1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (State Bar #068687)
2  norm@bamlawlj.com
   Kyle R. Nordrehaug (State Bar #205975)
3  kyle@bamlawlj.com
   Aparajit Bhowmik (State Bar #248066)
4  aj@bamlawlj.com
   Piya Mukherjee (State Bar #274217)
5  piya@bamlawlj.com
   2255 Calle Clara
6  La Jolla, CA 92037
   Telephone: (858)551-1223
7  Facsimile: (858) 551-1232

8  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE CASITA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION and SEARS, ROEBUCK & CO.,<br><br>    Defendants. | **1:11-cv-01052-AWI-JLT** (Lead Case)<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATION TO CONSOLIDATE CASES**<br><br>(Doc. No. 109) |
| LIZETTE GALVAN, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **1:12-cv-00702-AWI-BAM**<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATION TO CONSOLIDATE CASES AND ORDER DENYING MOTION TO DISMISS AS WITHDRAWN**<br><br>(Doc. Nos. 32, 34) |

There are currently pending two (2) "wage and hour" putative class action lawsuits instituted on behalf of employees and former employees of Sears Full Line Stores (the "Related Actions"). The parties to the Related Actions filed a stipulation with this Court requesting that the Related Actions filed with this Court be consolidated:

| Short Title of Case | Case No. | Date Filed |
|---|---|---|
| *Casida v. Sears* | 1:11-cv-01052-AWI-JLT | March 28, 2011 |
| *Galvan v. Sears* | 1:12-cv-00702-AWI-BAM | January 17, 2012 |

The Court, having reviewed the stipulation, good cause appearing, orders as follows:

1. Action No. 1:11-cv-1052 AWI JLT and 1:12-cv-702 AWI BAM are CONSOLIDATED for all purposes, including class certification and trial;
2. All future filings shall be made in case number 1:11-cv-1052 AWI JLT, which shall be deemed the lead case;
3. Within five (5) days of service of this order, the Plaintiffs shall file the Consolidated Complaint attached hereto as Exhibit 1, and Defendants will have 30 days to file an Answer;
4. Counsel for Plaintiff Galvan shall be deemed to be bound by the protective order that has already been entered by this Court in the *Casida* action;
5. The Motion to Dismiss, Strike Class Allegations or, in the alternative, Consolidate Proceedings ("Motion to Dismiss") filed in *Galvan*, [Doc. No. 32], shall be withdrawn and on that basis DENIED.

IT IS SO ORDERED.

Dated:   June 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE