Eric H. Gibbs
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846
E-mail: ehg@girardgibbs.com

Joshua G. Konecky
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

A.J. Bhowmik
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
E-mail: norm@bamlawca.com

*Attorneys for Individual and Representative
Plaintiffs Candace Casida and Lizette Galvan*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CANDACE CASIDA AND LIZETTE GALVAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION and SEARS, ROEBUCK & CO.,<br><br>Defendants. | Case No. 1:11-cv-01052-AWI-JLT<br><br>**STIPULATION AND ORDER EXTENDING NON-EXPERT MERITS-RELATED DISCOVERY DEADLINE**<br><br>Judges:     Hon. Ishii and Hon. Thurston<br>Action Filed:   March 28, 2011 |

Plaintiffs Candace Casida and Lizette Galvan ("Plaintiffs") and Defendants Sears Holdings Corporation and Sears, Roebuck & Co. (collectively, "Sears" or "Defendants") (Plaintiffs and Defendants are hereafter referred to as the "Parties"), through their respective counsel of record, agree and stipulate as follows:

1. On October 12, 2011, this court entered a scheduling order that required Parties to complete all non-expert merits-related discovery on or before November 16, 2012. [Dkt. # 72.] The court also set a March 1, 2013 deadline for all merits-related expert discovery, and set the first day for trial on October 22, 2013.

2. On May 11, 2012, Plaintiff Casida presented her Motion for Class Certification. [Dkt. # 99.] On August 8, 2012, Magistrate Judge Thurston issued Findings and Recommendations denying Plaintiff's motion. Judge Ishii then entered an order adopting Magistrate Judge Thurston's Findings and Recommendations on August 29, 2012. [Dkt. # 153 & 154.]

3. Shortly thereafter the Parties began preliminary settlement discussions in good faith. While the parties took substantial discovery prior to and in connection with Plaintiffs' motion for class certification, the parties have not taken additional discovery since receipt of the Court's order denying Plaintiffs' Motion for Class Certification and instead have focused their efforts towards resolution of the litigation. Declaration of Matthew B. George, ¶ 4. Additionally, lead counsel for Sears has been in trial in another matter through most of October which has slightly delayed progress on the parties' ongoing settlement discussions. Id.

4. Accordingly, the Parties request a modification to the scheduling order to allow the Parties to continue focusing on resolving this matter and to avoid additional time and expense associated with completing any remaining non-expert discovery that may be unnecessary should the parties resolve this matter. Thus, the Parties propose extending the non-expert discovery deadline to March 1, 2013, to coincide with the currently scheduled deadline for expert discovery. Creating one consolidated discovery deadline should not impact any other dates previously set by the Court or change the trial date of October 22, 2013.

///

///

## STIPULATION

NOW THEREFORE, good cause appearing, the Parties, through their respective counsel of record, stipulate as follows:

1. The Parties request that the court amend its October 12, 2011, scheduling order to change the merits-related non-expert discovery deadline from November 16, 2012, to March 1, 2013.  All other deadlines previously entered by the court will remain the same.

This Stipulation shall be effective when signed by counsel for the Parties and entered by the Court.

**IT IS SO STIPULATED**

DATED:  November 26, 2012                                Respectfully submitted,

By:     /s/ Matthew B. George

Eric H. Gibbs
Matthew B. George
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846
E-mail: ehg@girardgibbs.com
E-mail: mbg@girardgibbs.com

*Attorneys for Plaintiffs*
*Candace Casida and Lizette Galvan*

By:     /s/ Sara Dionne

Sara Dionne
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:  (916) 329-7944
Facsimile:  (916) 329-4900

*Attorneys for Defendants*

1
2
3  IT IS SO ORDERED.
4     Dated:   **November 26, 2012**                    **/s/ Jennifer L. Thurston**
5                                                                         UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28