IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE CASIDA and LIZETTE GALVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION; and SEARS, ROEBUCK & CO.,<br><br>Defendants. | 1:11-cv-01052-AWI-JLT<br><br>ORDER DISMISSING ACTION AND CLOSING CASE |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On June 29, 2012, plaintiffs Candace Casida and Lizette Galvan, individually and on behalf of all others similarly situated ("Plaintiffs"), filed their (consolidated) third amended class action complaint against defendants Sears Holdings Corporation and Sears, Roebuck & Co. ("Defendants") seeking to represent, for various wage and hour claims, a class of current and former assistant managers employed at Defendants' department stores. On August 29, 2012, the Court adopted the Magistrate Judge's August 8, 2012 findings and recommendations denying Plaintiffs' motion to certify the putative class. On March 29, 2013, all parties filed a stipulation for dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In light of the stipulation, this case has terminated, s*ee* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688,

692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to any party. The Court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   April 1, 2013

SENIOR DISTRICT JUDGE